# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **KEVIN BRYANT**, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>**HCC MEDICAL INSURANCE SERVICES, LLC, HCC LIFE INSURANCE COMPANY**, and **HEALTH INSURANCE INNOVATIONS, INC.**,<br><br>   Defendants. | Case No. 1:18-CV-00018-TWP-MPB<br><br>**Acknowledged**<br>TWP<br>October 12, 2018 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Kevin Bryant, the sole remaining plaintiff in this case, by and through counsel, hereby dismisses all of his claims and this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own attorney's fees and costs.

Dated: October 12, 2018

By: *s/ Vess A. Miller*
Irwin B. Levin (No. 8786-49)
ilevin@cohenandmalad.com
Richard E. Shevitz (No. 12007-49)
rshevitz@cohenandmalad.com
Vess A. Miller (No. 26495-53)
vmiller@cohenandmalad.com
Lynn Toops (No. 26386-49A)
ltoops@cohenandmalad.com
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317. 636.6481

Elizabeth J. Cabraser
ecabraser@lchb.com
Michelle A. Lamy (pro hac vice)
mlamy@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor San Francisco, CA 94111-3339

Telephone: 415.956.1000
Facsimile: 415.956.1008

Rachel Geman (*pro hac vice*)
rgeman@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Allen Carney (*pro hac vice*)
acarney@cbplaw.com
David Slade (*pro hac vice*)
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th Street
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

Michael J. Flannery (*pro hac vice*)
mflannery@cuneolaw.com
CUNEO GILBERT LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
Telephone: 314.226.1015
Facsimile: 202.789.1813

Katherine Van Dyck (*pro hac vice*)
mprewitt@cuneolaw.com
CUNEO GILBERT LADUCA, LLP
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.789.1813

Jay Angoff (*pro hac vice*)
jay.angoff@findjustice.com
MEHRI & SKALET
1250 Connecticut Avenue, NW
Suite 300
Washington, D.C. 20036
Telephone: 202.822.5100